ATTORNEY GRIEVANCE COMMISSION    \*

OF MARYLAND    \*

200 Harry S. Truman Pkwy., Ste. 300    \*

Annapolis, MD 21401    \*

   \*

Petitioner,    \*

   \*

   \*

v.    \*

   \*

KEVIN MICHAEL ROY    \*

   \*

   \*

   \*

Respondent.    \*

   \*

IN THE

COURT OF APPEALS

OF MARYLAND

Misc. Docket AG

No. _____43_____

September Term 2016

## ORDER

Upon consideration of the Joint Petition for Indefinite Suspension by Consent, filed herein pursuant to Maryland Rule 19-736, and Respondent's acknowledgement therein that sufficient evidence exists to sustain allegations that he committed professional misconduct in violation of Rules 1.1, 1.3, 1.4, 1.15(a), 1.16(d), and 8.1(b) of the Maryland Lawyers' Rules of Professional Conduct in effect at the time of the misconduct, it is this __5th__ day of October _____, 2016,

**ORDERED**, that Kevin Michael Roy, Respondent, be and hereby is indefinitely suspended from the practice of law in this State, effective immediately; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Kevin Michael Roy from the register of attorneys in this Court, notify Respondent of the filing of this order in accordance with Maryland Rule 19-742(a)(1), and comply with the notice provisions set forth in Maryland Rule 19-761(b).

/s/ Clayton Greene Jr.

Senior Judge